AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF _Massachusetts_

## APPEARANCE

CASE NUMBER: _MJ03-M-245 JLA_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Damien Martin McCafferty_

Date _11/18/03_

Signature _Paul F. Zeola_

Print Name _Paul F. Zeola_

Address _205 Portland St._

City _Boston_  State _MA_  Zip Code _02114_

Phone Number _617-523-1500_

FILED
In Open Court
USDC, Mass.
Date _11/18/03_
By _____
Deputy Clerk