AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF *Massachusetts*

### APPEARANCE

CASE NUMBER: 03-M-2455-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Damien McCafferty

_11/21/03_
Date

_Stephanie J. Dyson_
Signature

Stephanie F. Dyson
Print Name

Joyce, Rubin & Zerola, P.C.
Address 205 Portland Street, Fifth Floor
Boston, MA 02114
City            State            Zip Code

617-523-1500
Phone Number

FILED
In Open Court
USDC, Mass.
Date 11/21/03
By _____
Deputy Clerk