UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE :** |
| | NO. 03-10358-001-MEL |
| V. | NO. 03-10358-002-MEL |
| | NO. 03-10358-003-MEL |

**DONALD OLIVER BROWNE**
**DAVID CARWYN CURTIS**
**DAMIEN MARTIN McCAFFERTY**
                Defendant

## NOTICE

**LASKER,S.D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for Arraignment/Plea/Sentencing on November 26, 2003 at 10:00 A.M. before Judge MORRIS E.LASKER in Courtroom # 8 on the 3 rd floor.

                TONY ANASTAS,
                CLERK OF COURT

| | | |
|---|---|---|
| November 24,2003 | By: | /s/ George H. Howarth |
| Date | | Deputy Clerk |

**Notice mailed to:**

(Notice of Hearing.wpd - 7/99)            [kntchrgcnf.]
                                                          [ntchrgcnf.]